# Exhibit B

# Wallace, Jordan, Ratliff & Brandt LLC
*Attorneys at Law*

*Produce Pay, Inc. v Anita Produce LLC*

**Claim Amounts Calcualted Through:** 9/13/2018
**PACA Creditor / Claimant:** Produce Pay, Inc.
**Debtor:** Anita Produce LLC
**Payment Days:** 30
**Interest Rate:** 1.5 % per mon. (18% APR)
**Attorneys' Fees & Costs:** Yes

| Invoice Number | Date of Invoice or Shipment | Date Trust Notice Given | Date Payment Due | No. of Days Past Due | Application Fee | Asset Pool Purchase Price ("ASP") | Value of Asset Pool | Actual Ratio- ASP to Value of Asset Pool | Assumed Ratio- ASP to Value of Asset Pool | Initial Sales Commission | Sales Commission Ratio Adjustment | Late Payment Commission Adjustment | Total Applicable Sales Comission | Payments Received | Accrued Sales Commission | Accrued Interest (through date of chart) | Outstanding Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AP150794 | 1/2/18 | 01/02/18 | 02/01/18 | 224 | $ - | $ 14,124.00 | $ 32,312.00 | 44% | 50% | 2% | -0.0000157217 | 7.46667 | 9.4666509450% | $ - | $ 3,058.86 | $ 1,581.89 | $ 18,764.75 |
| AP150795 | 1/5/00 | 01/02/18 | 02/01/18 | 224 | $ - | $ 14,124.00 | $ 31,992.00 | 44% | 50% | 2% | -0.0000146287 | 7.46667 | 9.4666520380% | $ - | $ 3,028.57 | $ 1,581.89 | $ 18,734.46 |
| AP150798 | 01/02/18 | 01/02/18 | 02/01/18 | 224 | $ - | $ 16,640.00 | $ 37,566.00 | 44% | 50% | 2% | -0.0000142616 | 7.46667 | 9.4666524051% | $ - | $ 3,556.24 | $ 1,863.68 | $ 22,059.92 |
| | | | | | | 44,888 | $ 101,870.00 | | | | | | | | $ 9,643.68 | $ 5,027.46 | $ 59,559.13 |

**Principal Amount:** $ 59,559.13
**Attorneys' Fees & Costs** *(estimated through 08/23/18)*: +

**Total PACA Trust Amount Claimed:** $ 59,559.13